SALLY L. UNTERMANN, PLAINTIFF-RESPONDENT, v. JOHN JOSEPH UNTERMANN, DEFENDANT-PETITIONER.

See same case below: 43 *N. J. Super.* 106.

*Messrs. Siegler & Siegler* for the petitioner.

*Messrs. McGlynn, Stein & McGlynn* for the respondent.

February 18, 1957.   Denied.